**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

**In re:**

| | |
|---|---|
| **Michael L. Ezell,** | Case No.:  08-21056-JRS |
| **Patricia A. Ezell** | Chapter 13 |
| **Debtor(s)** | |

_____/

**EXPARTE MOTION TO REOPEN CASE**
**TO FILE SUBSEQUENT ADVERSARY CASE**

The debtors, MICHAEL L. EZELL and PARICIA A. EZELL, by the undersigned attorney, move the court to reopen the above-entitled case for the purpose of filing a subsequent Adversary Case with regard to private student loan(s). In support of the motion, the debtors respectfully present:

1. The Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code on April 20, 2008, in the Northern District of Georgia, Gainesville Division.

2. On June 20, 2013, an Order Approving Chapter 13 Account, Discharging Trustee, Canceling Bond and Closing Estate was entered in Northern District of Georgia, Gainesville Division (Doc. No. 61).

3. Debtors have retained other counsel to pursue an adversary case with regards to private student loan(s).

4. Section 350(b) of the Bankruptcy Code authorizes this court to reopen a case to administer assets, to accord relief to the debtor, or for other cause.

WHEREFORE, the Debtor respectfully requests the court to reopen the above-entitled case to allow

the Debtor to file an adversary case regarding private student loan(s).

                Respectfully submitted,

                /s/ *Susan Senay, Esq*_____
                Susan H. Senay
                GA Bar No. 374402
                Attorney for Debtor
                BERRY AND ASSOCIATES
                2751 Buford Hwy, Suite 600
                Atlanta, GA 30324
                (404) 235-3300
                susan@mattberry.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail, postage prepaid or electronically this July 6, 2020 to: **Michael L Ezell & Patricia A. Ezell,** 1635 Adair Blvd, Cumming, GA 30040; Nancy J. Whaley, Standing Ch. 13 Trustee, 303 Peachtree Center Avenue, Suite 120, Suntrust Garden Plaza, Atlanta, GA 30303; Asst United States Trustee, 75 Ted Turner Drive, S.W., Room 362, Atlanta, GA 30303; All creditors of record as reflected upon the attached matrix

*/s/ Susan Senay, Esq*_____
Susan H. Senay
GA Bar No. 374402
Attorney for Debtor
BERRY AND ASSOCIATES
2751 Buford Hwy, Suite 600
Atlanta, GA 30324
(404) 235-3300
susan@mattberry.com
.

```
Label Matrix for local noticing        A F S C I                              (p)JEFFERSON CAPITAL SYSTEMS LLC
113E-2                                 5710 N Davis Hwy Ste 5                 PO BOX 7999
Case 08-21056-reb                      Pensacola, FL 32503-2039               SAINT CLOUD MN 56302-7999
Northern District of Georgia
Gainesville
Mon Jul  6 10:01:19 EDT 2020

Aarow Financial Services               Adair Park Homeowners Association, Inc.   Alliance One Receivables mgmt
5996 W Touhy Ave                       1005 Alderman Drive, Suite 112             PO Box 3100
Niles, IL 60714-4610                   Alpharetta, Georgia 30005-3825             Southeastern, PA 19398-3100


American Express Centurion Bank        American Express c/o                      Amex
c/o Becket and Lee LLP                 Robert A Fierman,Zwicker &                P.o. Box 981537
POB 3001                               275 Carpenter Dr, Ste 320                 El Paso, TX 79998-1537
Malvern PA 19355-0701                  Atlanta, GA 30328-4911


Arrow Financial Services*              Bank Of America                           Bank Of America
5996 W Touhy Ave                       201 N Tryon St                            Po Box 1598
Niles, IL 60714-4610                   Charlotte, NC 28202-2146                  Norfolk, VA 23501-1598


Patti H. Bass                          (p)CAPITAL ONE                            Capital One Bank c/o
Bass & Associates, PC                  PO BOX 30285                              Law Offices of Gerald E Moore
Suite 200                              SALT LAKE CITY UT 84130-0285              PO Box 876
3936 E. Ft. Lowell Road                                                          Smyrna, GA 30081-0876
Tucson, AZ 85712-1083


(p)JPMORGAN CHASE BANK  N A            Chase                                     Chase Auto
BANKRUPTCY MAIL INTAKE TEAM            900 Stewart Ave                           14800 Frye Road
700 KANSAS LANE FLOOR 01               Garden City, NY 11530-4891                Fort Worth, TX 76155-2732
MONROE LA 71203-4774


Chase Auto Finance                     Chase Bank USA,N.A                        Citifinancial Retail S
PO Box 9001937                         P O Box 740933                            Po Box 22066
Louisville, KY 40290-1937              Dallas,Tx 75374-0933                      Tempe, AZ 85285-2066


Citifinancial Retail S*                Consolidated Rcvy Grp                     Consolidated Recovery Group, LLc
PO Box 140489                          425 W 5th Ave Ste 103                     425 W 5th Av, Ste 103
Irving, tx 75014-0489                  Escondido, CA 92025-4843                  Escondido, CA 92025-4843


Crdt First                             Credit First*                             Crown Bk Fsb
Pob 81083                              PO Box 818011                             201 Live Oaks Blvd
Cleveland, OH 44181                    Cleveland, OH 44181-8011                  Casselberry, FL 32707-3829


(p)DELL FINANCIAL SERVICES             Discover Bank/DFS Services LLC            (p)DISCOVER FINANCIAL SERVICES LLC
P O BOX 81577                          PO Box 3025                               PO BOX 3025
AUSTIN TX 78708-1577                   New Albany OH 43054-3025                  NEW ALBANY OH 43054-3025
```

| | | |
|---|---|---|
| East Bay Funding<br>c/o Resurgent Capital Services<br>PO Box 288<br>GREENVILLE, SC 29602-0288 | Endeavor Federal Cr Un<br>Po Box 17508<br>Pensacola, FL 32522-7508 | Michael L Ezell<br>1635 Adair Blvd<br>Cumming, GA 30040-7825 |
| Patricia A. Ezell<br>1635 Adair Blvd<br>Cumming, GA 30040-7825 | FIA Card Services<br>PO Box 15028<br>Wilmington, DE 19850-5028 | Fia Csna<br>Po Box 17054<br>Wilmington, DE 19850-7054 |
| Ryan C. Finch<br>McCalla Raymer, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Fst Usa Bk B<br>Po Box 8650<br>Wilmington, DE 19899 | GEMB/Paypal Buyer Cr<br>PO Box 960080<br>Orlando, FL 32896--0080 |
| Gemb/care Credit<br>Po Box 981439<br>El Paso, TX 79998-1439 | Gemb/dillards<br>Po Box 981400<br>El Paso, TX 79998-1400 | Gemb/walmart<br>Po Box 981400<br>El Paso, TX 79998-1400 |
| Gembppbycr<br>Po Box 981064<br>El Paso, TX 79998-1064 | HSBC / Best Buy*<br>PO Box 15522<br>Wilmington, DE, 19850 | HSBC Bank Nevada, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road<br>Suite #200<br>Tucson, AZ 85712-1083 |
| HSBC Card Services<br>PO Box 5222<br>Carol Stream, IL 60197-5222 | HSBC/BestBuy<br>PO Box 5238<br>Carol Stream, IL 60197-5238 | Harris & Harris, LTD<br>600 w Jackson Blvd, Ste 400<br>Chicago, IL 60661-5675 |
| Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Hsbc/bstby<br>Pob 15521<br>Wilmington, DE 19850-5521 | JA Cambell Law Office<br>Eight Bourbon St<br>Peobody, Mass 01960-7481 |
| Kohls/chase<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | Michael J. McCormick<br>McCalla Raymer Leibert Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| NCO Financial System Inc<br>PO Box 15081<br>Wilmington, DE 19850-5081 | National Action Fin Svc<br>165 Lawrence Boll Dr, Ste 100<br>Williamsville, NY 14221-7900 | Nissan Motor Acceptance / Infiniti*<br>PO Box 660366<br>Dallas, TX 75266-0366 |
| (p)NISSAN MOTOR ACCEPTANCE CORPORATION<br>LOSS RECOVERY<br>PO BOX 660366<br>DALLAS TX 75266-0366 | Carrie L Oxendine<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway NE<br>Atlanta, GA 30324-5457 | Region/amsou<br>P.o. Box 216<br>Birmingham, AL 35201-0216 |

| | | |
|---|---|---|
| Retrival Masters CR Bureau<br>PO Box 1234<br>Elmsford, NY 10523-0934 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Sallie Mae<br>Attn: Claims Dept<br>PO Box 6403<br>Wilkes Barre, PA, 18773 |
| Sallie Mae Servicing<br>1002 Arthur Dr<br>Lynn Haven, FL 32444-1683 | Sears/cbsd<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | Susan H. Senay<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway NE<br>Atlanta, GA 30324-5457 |
| Chad R. Simon<br>Berry & Associates<br>Suite 400<br>2751 Buford Highway<br>Atlanta, GA 30324-5456 | Teresa R. Stephens<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway NE<br>Atlanta, GA 30324-5457 | Suntrust Bank<br>Po Box 4986<br>Orlando, FL 32802-4986 |
| Superior Asset Mgmt<br>1000 Abernathy Rd, Ste 165<br>Atlanta, GA 30328-5612 | Target Nb<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Target*<br>PO Box 9475<br>Minneapolis, MN 55440-9475 |
| WELLS FARGO HOME MORTGAGE, INC.<br>3476 STATEVIEW BLVD MAC# X7801-013<br>FT.MILL, SC 29715-7203 | Wal-mart<br>Po Box 981400<br>El Paso, TX 79998-1400 | Wash Mutual/providian<br>Po Box 9180<br>Pleasanton, CA 94566 |
| Wells Fargo Bank, N.A.<br>McCalla, Raymer, et al.<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Wells Fargo Bank, N.A.<br>Bankruptcy Department<br>3476 Stateview Blvd<br>X7801-014<br>Ft. Mill, SC 29715-7203 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 |
| Wells Fargo Hm Mortgag*<br>PO Box 10335<br>Des Moines, IA 50306-0335 | Wells Fargo Home Mort<br>PO Box 660445<br>Dallas, Tx 75266-0445 | Wells Fargo Home Mortgage it successor or as<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 |
| Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, Suntrust Garden Plaza<br>Atlanta, GA 30303-1216 | eCAST Settlement Corp<br>Assignee of HSBC Bank Nevada<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712-1083 | eCAST Settlement Corporation assignee of<br>Chase Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 |
| eCAST Settlement Corporation assignee of<br>FIA Card Services aka Bank of America<br>POB 35480<br>Newark NJ 07193-5480 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ARROW FINANCIAL SERVICES, LLC<br>c/o Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 | CAPITAL ONE BANK (USA), N.A<br>C/O TSYS DEBT MANAGEMENT (TDM)<br>PO BOX 5155<br>NORCROSS, GA  30091 | (d)Cap One<br>Po Box 85520<br>Richmond, VA 23285 |
| Chase<br>800 Brooksedge Blvd<br>Westerville, OH 43081 | (d)Chase*<br>201 N. Central Ave Floor 11<br>Phoenix, AZ, 85004 | Dell Financial Services<br>PO Box 6403<br>Carol Stream, IL 60197-6403 |
| (d)Dell Financial Services*<br>12234 North IH 35<br>Austin, TX, 78753 | (d)Dell Financial Services, LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10390<br>Greenville, SC 29603-0390 | Discover Card Services<br>PO Box 30395<br>Salt Lake City, UT 84130-0943 |
| (d)Discover Fin<br>Pob 15316<br>Wilmington, DE 19850 | (d)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>ST CLOUD MN 56302 | (d)JPMORGAN CHASE NA/BANK ONE<br>CHASE AUTO FINANCE<br>201 N CENTRAL AVE AZ1-1191<br>PHOENIX AZ 85004 |
| (d)Jefferson Capital Systems LLC<br>PO BOX 7999<br>ST CLOUD, MN 56302-9617 | Nissan Motor Acceptance Corp<br>PO Box 650680<br>Dallas, TX 75265-0680 | Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD 21701 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)East Bay Funding<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29602-0288 | (u)Homeside Properties-HOA | End of Label Matrix<br>Mailable recipients    85<br>Bypassed recipients     2<br>Total                  87 |