

**IT IS ORDERED as set forth below:**

**Date: September 12, 2020**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### GAINSVILLE DIVISION

In re:

Michael L. Ezell,                               Case No.:  08-21056-JRS
Patricia A. Ezell                               Chapter 13

      **Debtors**
_____

### ORDER ON MOTION TO REOPEN CHAPTER 13 CASE FOR THE PURPOSE OF
### FILING SUBSEQUENT ADVERSARY CASE

This matter arose upon Debtor's "Motion to Reopen Chapter 13 Case for the Purpose of Subsequent Adversary Case", ("Motion") filed in the above-styled Chapter 13 case July 6, 2020. No hearing is necessary.  After review of the record and the pleadings in this case and for good cause shown, it is hereby

**ORDERED** that the Motion is GRANTED.

### (END OF DOCUMENT)

/s/ Susan H.Senay
Susan H. Senay, Esq.

_____

Georgia Bar No. 374402
Berry & Associates
2751 Buford Highway, Ste 600
Atlanta, GA 30324
(404) 235-3300
(404) 235-3333 (Facsimile)
susan@mattberry.com
Attorney for Debtors

## DISTRIBUTION LIST

Michael L Ezell & Patricia A. Ezell
1635 Adair Blvd
Cumming, GA 30040


Matthew T. Berry & Associates
Suite 600, 2751 Buford Highway NE
Atlanta, GA 30324

; Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue, Suite 120
Suntrust Garden Plaza
Atlanta, GA 30303


Asst United States Trustee
75 Ted Turner Drive, S.W., Room 362
Atlanta, GA 30303