**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MICHAEL L. EZELL | : | CHAPTER 13 |
| PATRICIA A. EZELL | : | |
| | : | |
| Debtor. | : | CASE NO.: 08-21056-JRS |
| | : | |

==================================================================

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Debtor/Movant has filed a Motion to Reopen Closed Bankruptcy Case and related papers with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Objection to Filed Proof of Claim in *Courtroom **103** of the United States Courthouse, 121 Spring Street SE Gainesville, GA 30501* at **9:40 A.M., on June 10, 2021**

**Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, 121 Spring Street SE, Gainesville, GA 30501You must also mail a copy of your response to the undersigned at the address stated below.

Dated: April 30, 2021

/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
6400 Powers Ferry Road, NW
Suite 391
Atlanta, GA 30339
Tel. (404) 800-4001

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MICHAEL L. EZELL | : | CHAPTER 13 |
| PATRICIA A. EZELL | : | |
| | : | |
| Debtor. | : | CASE NO.: 08-21056-JRS |
| | : | |

======================================================================

**EXPARTE MOTION TO REOPEN CLOSED BANKRUPTCY CASE
TO FILE ADVERSARY CASE**

**COMES NOW,** the Debtor, by the undersigned Attorney at Law, Howard P. Slomka, and requests that the Court reopen this Chapter 13 bankruptcy case following the order of closure entered on April 28, 2021, showing the Court the following:

1. Debtors filed their Chapter 13 petition on April 20, 2008 in this Court.

2. Debtors obtained a Chapter 13 discharge on June 11, 2013 (Doc. No. 58).

3. On June 20, 2013, the Court entered an Order Approving Chapter 13 Account, Discharging Trustee, Canceling Bond and Closing Estate (Doc. No. 61).

4. On July 6, 2020, Debtors filed their first Ex Parte Motion to Reopen Case (Doc. No 63), which this Court granted on September 14, 2020 (Doc. No. 67).

5. After six months with no filing, but without notice to the parties, the Court closed this case again on April 28, 2020, the same day that undersigned counsel was filing

an Application for Admission *Pro Hac Vice* to allow new counsel to file the adversary which underlies this motion.

6. Debtor respectfully moves this Court to reopen the case a second time, and will agree to file the adversary case within ten (10) days after the Pro Hac Vice Admission is granted.

7. No parties are prejudiced by this motion or by reopening the case to allow for a newly-filed Adversary Case. The Debtor and counsel regret any inconvenience caused by the failure to file the adversary case after the Court's prior Order re-opening the case.

WHEREFORE DEBTOR PRAYS that the Court reopen its closure of this bankruptcy case to allow for the filing of an adversary complaint by the Debtor.

Respectfully,

/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
6400 Powers Ferry Road NW
Suite 391
Atlanta, GA 30339

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MICHAEL L. EZELL | : | CHAPTER 13 |
| PATRICIA A. EZELL | : | |
| | : | |
| Debtor. | : | CASE NO.: 08-21056-JRS |
| | : | |

==================================================================

    This is to certify that I have this day served the foregoing Motion to Reopen Closed Bankruptcy Case and NOTICE OF HEARING upon the following by depositing a copy in the United States First Class Mail in a properly addressed envelope with adequate postage affixed there on to:

SEE ATTACHED FOR ADDITIONAL CREDITORS

This 30th day of April, 2021

                                              /s/_____
                                              Howard P. Slomka
                                              Georgia Bar #652875
                                              Attorney for the Debtor
                                              Slipakoff & Slomka, PC
                                              6400 Powers Ferry Road NW
                                              Suite 391
                                              Atlanta, GA 30339

```
Label Matrix for local noticing          A F S C I                                (p)JEFFERSON CAPITAL SYSTEMS LLC
113E-2                                   5710 N Davis Hwy Ste 5                   PO BOX 7999
Case 08-21056-jrs                        Pensacola, FL 32503-2039                 SAINT CLOUD MN 56302-7999
Northern District of Georgia
Gainesville
Fri Apr 30 11:38:17 EDT 2021

Aarow Financial Services                 Adair Park Homeowners Association, Inc. Alliance One Receivables mgmt
5996 W Touhy Ave                         1005 Alderman Drive, Suite 112           PO Box 3100
Niles, IL 60714-4610                     Alpharetta, Georgia 30005-3825           Southeastern, PA 19398-3100


American Express Centurion Bank          American Express c/o                     Amex
c/o Becket and Lee LLP                   Robert A Fierman,Zwicker &               P.o. Box 981537
POB 3001                                 275 Carpenter Dr, Ste 320                El Paso, TX 79998-1537
Malvern PA 19355-0701                    Atlanta, GA 30328-4911


Arrow Financial Services*                Bank Of America                          Bank Of America
5996 W Touhy Ave                         201 N Tryon St                           Po Box 1598
Niles, IL 60714-4610                     Charlotte, NC 28202-2146                 Norfolk, VA 23501-1598


Patti H. Bass                            (p)CAPITAL ONE                           Capital One Bank c/o
Bass & Associates, PC                    PO BOX 30285                             Law Offices of Gerald E Moore
Suite 200                                SALT LAKE CITY UT 84130-0285             PO Box 876
3936 E. Ft. Lowell Road                                                           Smyrna, GA 30081-0876
Tucson, AZ 85712-1083


(p)JPMORGAN CHASE BANK  N A              Chase                                    Chase Auto
BANKRUPTCY MAIL INTAKE TEAM              900 Stewart Ave                          14800 Frye Road
700 KANSAS LANE FLOOR 01                 Garden City, NY 11530-4891               Fort Worth, TX 76155-2732
MONROE LA 71203-4774


Chase Auto Finance                       Chase Bank USA,N.A                       Citifinancial Retail S
PO Box 9001937                           P O Box 740933                           Po Box 22066
Louisville, KY 40290-1937                Dallas,Tx 75374-0933                     Tempe, AZ 85285-2066


Citifinancial Retail S*                  Consolidated Rcvy Grp                    Consolidated Recovery Group, LLc
PO Box 140489                            425 W 5th Ave Ste 103                    425 W 5th Av, Ste 103
Irving, tx 75014-0489                    Escondido, CA 92025-4843                 Escondido, CA 92025-4843


Crdt First                               Credit First*                            Crown Bk Fsb
Pob 81083                                PO Box 818011                            201 Live Oaks Blvd
Cleveland, OH 44181                      Cleveland, OH 44181-8011                 Casselberry, FL 32707-3829



(p)DELL FINANCIAL SERVICES               Discover Bank/DFS Services LLC           (p)DISCOVER FINANCIAL SERVICES LLC
P O BOX 81577                            PO Box 3025                              PO BOX 3025
AUSTIN TX 78708-1577                     New Albany OH 43054-3025                 NEW ALBANY OH 43054-3025
```

| | | |
|---|---|---|
| East Bay Funding<br>c/o Resurgent Capital Services<br>PO Box 288<br>GREENVILLE, SC 29602-0288 | Endeavor Federal Cr Un<br>Po Box 17508<br>Pensacola, FL 32522-7508 | Michael L Ezell<br>1635 Adair Blvd<br>Cumming, GA 30040-7825 |
| Patricia A. Ezell<br>1635 Adair Blvd<br>Cumming, GA 30040-7825 | FIA Card Services<br>PO Box 15028<br>Wilmington, DE 19850-5028 | Fia Csna<br>Po Box 17054<br>Wilmington, DE 19850-7054 |
| Ryan C. Finch<br>McCalla Raymer, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Fst Usa Bk B<br>Po Box 8650<br>Wilmington, DE 19899 | GEMB/Paypal Buyer Cr<br>PO Box 960080<br>Orlando, FL 32896--0080 |
| Gemb/care Credit<br>Po Box 981439<br>El Paso, TX 79998-1439 | Gemb/dillards<br>Po Box 981400<br>El Paso, TX 79998-1400 | Gemb/walmart<br>Po Box 981400<br>El Paso, TX 79998-1400 |
| Gembppbycr<br>Po Box 981064<br>El Paso, TX 79998-1064 | HSBC / Best Buy*<br>PO Box 15522<br>Wilmington, DE, 19850 | HSBC Bank Nevada, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road<br>Suite #200<br>Tucson, AZ 85712-1083 |
| HSBC Card Services<br>PO Box 5222<br>Carol Stream, IL 60197-5222 | HSBC/BestBuy<br>PO Box 5238<br>Carol Stream, IL 60197-5238 | Harris & Harris, LTD<br>600 w Jackson Blvd, Ste 400<br>Chicago, IL 60661-5675 |
| Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Hsbc/bstby<br>Pob 15521<br>Wilmington, DE 19850-5521 | JA Cambell Law Office<br>Eight Bourbon St<br>Peobody, Mass 01960-7481 |
| Kohls/chase<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | Michael J. McCormick<br>McCalla Raymer Leibert Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| NCO Financial System Inc<br>PO Box 15081<br>Wilmington, DE 19850-5081 | National Action Fin Svc<br>165 Lawrence Boll Dr, Ste 100<br>Williamsville, NY 14221-7900 | Nissan Motor Acceptance / Infiniti*<br>PO Box 660366<br>Dallas, TX 75266-0366 |
| (p)NISSAN MOTOR ACCEPTANCE CORPORATION<br>LOSS RECOVERY<br>PO BOX 660366<br>DALLAS TX 75266-0366 | Carrie L Oxendine<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway NE<br>Atlanta, GA 30324-5457 | Region/amsou<br>P.o. Box 216<br>Birmingham, AL 35201-0216 |

Retrival Masters CR Bureau
PO Box 1234
Elmsford, NY 10523-0934

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Sallie Mae
Attn: Claims Dept
PO Box 6403
Wilkes Barre, PA, 18773

Sallie Mae Servicing
1002 Arthur Dr
Lynn Haven, FL 32444-1683

Sears/cbsd
Po Box 6189
Sioux Falls, SD 57117-6189

Susan H. Senay
Matthew T. Berry & Associates
Suite 600
2751 Buford Highway NE
Atlanta, GA 30324-5457

Chad R. Simon
Berry & Associates
Suite 400
2751 Buford Highway
Atlanta, GA 30324-5456

Teresa R. Stephens
Matthew T. Berry & Associates
Suite 600
2751 Buford Highway NE
Atlanta, GA 30324-5457

Suntrust Bank
Po Box 4986
Orlando, FL 32802-4986

Superior Asset Mgmt
1000 Abernathy Rd, Ste 165
Atlanta, GA 30328-5612

Target Nb
Po Box 673
Minneapolis, MN 55440-0673

Target*
PO Box 9475
Minneapolis, MN 55440-9475

WELLS FARGO HOME MORTGAGE, INC.
3476 STATEVIEW BLVD MAC# X7801-013
FT.MILL, SC 29715-7203

Wal-mart
Po Box 981400
El Paso, TX 79998-1400

Wash Mutual/providian
Po Box 9180
Pleasanton, CA 94566

Wells Fargo Bank, N.A.
McCalla, Raymer, et al.
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

Wells Fargo Bank, N.A.
Bankruptcy Department
3476 Stateview Blvd
X7801-014
Ft. Mill, SC 29715-7203

(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

Wells Fargo Hm Mortgag*
PO Box 10335
Des Moines, IA 50306-0335

Wells Fargo Home Mort
PO Box 660445
Dallas, Tx 75266-0445

Wells Fargo Home Mortgage it successor or as
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303-1216

eCAST Settlement Corp
Assignee of HSBC Bank Nevada
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083

eCAST Settlement Corporation assignee of
Chase Bank USA NA
POB 35480
Newark NJ 07193-5480

eCAST Settlement Corporation assignee of
FIA Card Services aka Bank of America
POB 35480
Newark NJ 07193-5480

eCAST Settlement Corporation assignee of
HSBC Bank Nevada and its Assigns
POB 35480
Newark NJ 07193-5480

```
ARROW FINANCIAL SERVICES, LLC          CAPITAL ONE BANK (USA), N.A.          (d)Cap One
c/o Jefferson Capital Systems LLC      C/O TSYS DEBT MANAGEMENT (TDM)        Po Box 85520
PO BOX 7999                            PO BOX 5155                           Richmond, VA 23285
SAINT CLOUD MN 56302-9617              NORCROSS, GA   30091


Chase                                  (d)Chase*                             Dell Financial Services
800 Brooksedge Blvd                    201 N. Central Ave Floor 11           PO Box 6403
Westerville, OH 43081                  Phoenix, AZ, 85004                    Carol Stream, IL 60197-6403


(d)Dell Financial Services*            (d)Dell Financial Services, LLC       Discover Card Services
12234 North IH 35                      c/o Resurgent Capital Services        PO Box 30395
Austin, TX, 78753                      P.O. Box 10390                        Salt Lake City, UT 84130-0943
                                       Greenville, SC 29603-0390


(d)Discover Fin                        (d)JEFFERSON CAPITAL SYSTEMS LLC      (d)JPMORGAN CHASE NA/BANK ONE
Pob 15316                              PO BOX 7999                           CHASE AUTO FINANCE
Wilmington, DE 19850                   ST CLOUD MN 56302                     201 N CENTRAL AVE AZ1-1191
                                                                             PHOENIX AZ 85004


(d)Jefferson Capital Systems LLC       Mcydsnb                               Nissan Motor Acceptance Corp
PO BOX 7999                            9111 Duke Blvd                        PO Box 650680
ST CLOUD, MN 56302-9617                Mason, OH 45040                       Dallas, TX 75265-0680


Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701
```