**IT IS ORDERED as set forth below:**



Date: June 15, 2021

_____
**James R. Sacca
U.S. Bankruptcy Court Judge
Signed as Revised by the Court**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MICHAEL L. EZELL | : | CHAPTER 13 |
| PATRICIA A. EZELL | : | |
| | : | |
| Debtors. | : | CASE NO.: 08-21056-JRS |
| | : | |

====================================================================

## ORDER GRANTING MOTION TO REOPEN CLOSED BANKRUPTCY CASE TO FILE ADVERSARY CASE

On April 30, 2021, Debtors, by the undersigned Attorney at Law, Howard P. Slomka, filed it Motion to Reopen Closed Bankruptcy Case (Doc. No. 69) (the "Motion") and requested that the Court reopen this Chapter 13 bankruptcy case following the order

of closure entered on April 28, 2021 to allow the filing of an adversary proceeding. All parties in interest have been served and none filed a response in opposition. A hearing was held on the Motion on June 10, 2021. At the hearing, the Debtors were represented by Howard P. Slomka, Esq., and no party appeared in opposition. Accordingly, for good cause shown, it is hereby

**ORDERED** that the instant case is reopened for the sole purpose of allowing Debtors to file a related adversary proceeding. In the event that Debtors have not filed any further pleadings in this case or initiated an adversary proceeding within forty five (45) days of the entry of this Order, the clerk may close the case. Otherwise, this case may be closed upon resolution of the anticipated adversary proceeding or upon further order of the Court. It is further

**ORDERED** that the Nancy J. Whaley shall remain discharged as Chapter 13 Trustee unless further order of this Court provides otherwise.

[End of Order]

Prepared and submitted by:

/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
6400 Powers Ferry Road NW
Suite 391
Atlanta, GA 30339

No Opposition by:

/s/_____
Maria C. Joyner
GA Bar No.: 118350
Staff Attorney for Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303
mjoyner@njwtrustee.com

Distribution List:

Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

Michael Ezell
c/o Howard P. Slomka
6400 Powers Ferry Road, NW
Suite 391
Atlanta, GA 30339