**IT IS ORDERED as set forth below:**



Date: July 21, 2021

_____
James R. Sacca
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE:  MICHAEL L. EZELL, | : | CASE NO.  08−21056−jrs |
| | : | |
| | : | |
| Debtor(s). | : | CHAPTER  13 |

ORDER OF ADMISSION *PRO HAC VICE*

The court having read the Application of  Barbara C. Leon

for admission to practice *pro hac vice* in the above-styled case and it appearing that the

Applicant meets the requirements of bankruptcy Local Rule 9010-2, it is

ORDERED that the Application is GRANTED.

The Clerk shall serve this Order on all interested parties.

END OF DOCUMENT

Prepared by:

____/s_____
Howard P. Slomka, Esq.
GA Bar 652875

Slipakoff & Slomka, PC
6400 Powers Ferry Road, NW
Suite 391
Atlanta, GA 30339
404-800-4001
HS@ATL.law