**IT IS ORDERED as set forth below:**



Date: July 21, 2021

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: MICHAEL L. EZELL, | : | CASE NO. 08−21056−jrs |
| | : | |
| | : | |
| Debtor(s). | : | CHAPTER 13 |

### ORDER OF ADMISSION *PRO HAC VICE*

The court having read the Application of Barbara C. Leon for admission to practice *pro hac vice* in the above-styled case and it appearing that the Applicant meets the requirements of bankruptcy Local Rule 9010-2, it is

ORDERED that the Application is GRANTED.

The Clerk shall serve this Order on all interested parties.

END OF DOCUMENT

Prepared by:

____/s_____
Howard P. Slomka, Esq.
GA Bar 652875

Slipakoff & Slomka, PC
6400 Powers Ferry Road, NW
Suite 391
Atlanta, GA 30339
404-800-4001
HS@ATL.law

United States Bankruptcy Court

Northern District of Georgia

In re:  Case No. 08-21056-jrs
Michael L Ezell  Chapter 13
Patricia A. Ezell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 113E-8     User: howellgn     Page 1 of 4
Date Rcvd: Jul 21, 2021     Form ID: pdf411     Total Noticed: 85

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jtdb | + | Michael L Ezell, Patricia A. Ezell, 1635 Adair Blvd, Cumming, GA 30040-7825 |
| aty | + | Barbara C. Leon, Esq., c/o Christie D. Arkovich, P.A., 1520 West Cleveland Street, Tampa, FL 33606-1807 |
| aty | + | Chad R. Simon, Berry & Associates, Suite 400, 2751 Buford Highway, Atlanta, GA 30324-5456 |
| aty | + | Ryan C. Finch, McCalla Raymer, LLC, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | + | WELLS FARGO HOME MORTGAGE, INC., 3476 STATEVIEW BLVD MAC# X7801-013, FT.MILL, SC 29715-7203 |
| cr | + | Wells Fargo Bank, N.A., McCalla, Raymer, et al., Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | + | Wells Fargo Home Mortgage it successor or assigns, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 10348462 | + | A F S C I, 5710 N Davis Hwy Ste 5, Pensacola, FL 32503-2039 |
| 10348463 | + | Aarow Financial Services, 5996 W Touhy Ave, Niles, IL 60714-4610 |
| 10348498 | + | Adair Park Homeowners Association, Inc., 1005 Alderman Drive, Suite 112, Alpharetta, Georgia 30005-3825 |
| 10495777 | | American Express Centurion Bank, c/o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701 |
| 10348465 | + | American Express c/o, Robert A Fierman,Zwicker &, 275 Carpenter Dr, Ste 320, Atlanta, GA 30328-4911 |
| 10348466 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 10348467 | + | Arrow Financial Services, 5996 W Touhy Ave, Niles, IL 60714-4610 |
| 10348468 | + | Bank Of America, 201 N Tryon St, Charlotte, NC 28202-2146 |
| 10348469 | + | Bank Of America, Po Box 1598, Norfolk, VA 23501-1598 |
| 10348471 | + | Capital One Bank c/o, Law Offices of Gerald E Moore, PO Box 876, Smyrna, GA 30081-0876 |
| 10348475 | | Chase Auto Finance, PO Box 9001937, Louisville, KY 40290-1937 |
| 10452770 | + | Chase Bank USA,N.A, P O Box 740933, Dallas,Tx 75374-0933 |
| 10348477 | + | Citifinancial Retail S, Po Box 22066, Tempe, AZ 85285-2066 |
| 10348478 | + | Citifinancial Retail S, PO Box 140489, Irving, tx 75014-0489 |
| 10348479 | + | Consolidated Rcvy Grp, 425 W 5th Ave Ste 103, Escondido, CA 92025-4843 |
| 10348480 | | Consolidated Recovery Group, LLc, 425 W 5th Av, Ste 103, Escondido, CA 92025-4843 |
| 10348481 | | Crdt First, Pob 81083, Cleveland, OH 44181 |
| 10348482 | + | Credit First, PO Box 818011, Cleveland, OH 44181-8011 |
| 10348483 | + | Crown Bk Fsb, 201 Live Oaks Blvd, Casselberry, FL 32707-3829 |
| 10348488 | + | Endeavor Federal Cr Un, Po Box 17508, Pensacola, FL 32522-7508 |
| 10348489 | | FIA Card Services, PO Box 15028, Wilmington, DE 19850-5028 |
| 10348490 | + | Fia Csna, Po Box 17054, Wilmington, DE 19850-7054 |
| 10348494 | | GEMB/Paypal Buyer Cr, PO Box 960080, Orlando, FL 32896--0080 |
| 10348500 | | HSBC / Best Buy, PO Box 15522, Wilmington, DE, 19850 |
| 10348502 | | HSBC Card Services, PO Box 5222, Carol Stream, IL 60197-5222 |
| 10348503 | | HSBC/BestBuy, PO Box 5238, Carol Stream, IL 60197-5238 |
| 10348497 | + | Harris & Harris, LTD, 600 w Jackson Blvd, Ste 400, Chicago, IL 60661-5675 |
| 10348501 | + | Hsbc Bank, Po Box 5253, Carol Stream, IL 60197-5253 |
| 10348504 | + | Hsbc/bstby, Pob 15521, Wilmington, DE 19850-5521 |
| 10348505 | #+ | JA Cambell Law Office, Eight Bourbon St, Peobody, Mass 01960-7481 |
| 10348511 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan Motor Acceptance Corp, PO Box 650680, Dallas, TX 75265-0680 |
| 10348508 | + | National Action Fin Svc, 165 Lawrence Boll Dr, Ste 100, Williamsville, NY 14221-7900 |
| 10348510 | + | Nissan Motor Acceptance / Infiniti, PO Box 660366, Dallas, TX 75266-0366 |
| 10348514 | | Sallie Mae, Attn: Claims Dept, PO Box 6403, Wilkes Barre, PA, 18773 |
| 10348517 | + | Suntrust Bank, Po Box 4986, Orlando, FL 32802-4986 |

| District/off: 113E-8 | User: howellgn | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 21, 2021 | Form ID: pdf411 | Total Noticed: 85 |

| | | |
|---|---|---|
| 10348518 | + | Superior Asset Mgmt, 1000 Abernathy Rd, Ste 165, Atlanta, GA 30328-5612 |
| 10348520 | + | Target, PO Box 9475, Minneapolis, MN 55440-9475 |
| 10348519 | + | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 10348523 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 10450768 | + | Wells Fargo Bank, N.A., Bankruptcy Department, 3476 Stateview Blvd, X7801-014, Ft. Mill, SC 29715-7203 |
| 10348524 | + | Wells Fargo Hm Mortgag, PO Box 10335, Des Moines, IA 50306-0335 |
| 10348525 | + | Wells Fargo Home Mort, PO Box 660445, Dallas, Tx 75266-0445 |
| 10572919 | | eCAST Settlement Corporation assignee of, Chase Bank USA NA, POB 35480, Newark NJ 07193-5480 |
| 10608546 | | eCAST Settlement Corporation assignee of, FIA Card Services aka Bank of America, POB 35480, Newark NJ 07193-5480 |
| 10622331 | | eCAST Settlement Corporation assignee of, HSBC Bank Nevada and its Assigns, POB 35480, Newark NJ 07193-5480 |

TOTAL: 52

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Jul 21 2021 20:07:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| cr | + | Email/Text: bnc@bass-associates.com | Jul 21 2021 20:06:00 | HSBC Bank Nevada, N.A., c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 10348464 | | Email/Text: kristin.villneauve@allianceoneinc.com | Jul 21 2021 20:06:00 | Alliance One Receivables mgmt, PO Box 3100, Southeastern, PA 19398-3100 |
| 10490049 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 22 2021 00:53:16 | CAPITAL ONE BANK (USA), N.A., C/O TSYS DEBT MANAGEMENT (TDM), PO BOX 5155, NORCROSS, GA 30091 |
| 10348470 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 21 2021 20:21:29 | Cap One, Po Box 85520, Richmond, VA 23285 |
| 10348473 | + | Email/Text: bk.notifications@jpmchase.com | Jul 21 2021 20:07:00 | Chase, 900 Stewart Ave, Garden City, NY 11530-4891 |
| 10348474 | + | Email/Text: bk.notifications@jpmchase.com | Jul 21 2021 20:07:00 | Chase Auto, 14800 Frye Road, Fort Worth, TX 76155-2732 |
| 10348484 | | Email/PDF: DellBKNotifications@resurgent.com | Jul 21 2021 20:05:38 | Dell Financial Services, PO Box 6403, Carol Stream, IL 60197-6403 |
| 10348485 | | Email/PDF: DellBKNotifications@resurgent.com | Jul 21 2021 20:05:37 | Dell Financial Services*, 12234 North IH 35, Austin, TX, 78753 |
| 10380710 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 21 2021 20:05:38 | Dell Financial Services, LLC, c/o Resurgent Capital Services, P.O. Box 10390, Greenville, SC 29603-0390 |
| 10348486 | | Email/Text: mrdiscen@discover.com | Jul 21 2021 20:06:00 | Discover Card Services, PO Box 30395, Salt Lake City, UT 84130-0943 |
| 10348487 | | Email/Text: mrdiscen@discover.com | Jul 21 2021 20:06:00 | Discover Fin, Pob 15316, Wilmington, DE 19850 |
| 10348507 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2021 20:21:24 | Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |
| 10373120 | | Email/Text: mrdiscen@discover.com | Jul 21 2021 20:06:00 | Discover Bank/DFS Services LLC, PO Box 3025, New Albany OH 43054-3025 |
| 15248514 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 21 2021 20:05:38 | East Bay Funding, c/o Resurgent Capital Services, PO Box 288, Greenville, SC 29602-0288 |
| 10348492 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2021 20:05:34 | Gemb/care Credit, Po Box 981439, El Paso, TX 79998-1439 |
| 10348493 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2021 20:05:34 | Gemb/dillards, Po Box 981400, El Paso, TX 79998-1400 |
| 10348495 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2021 20:05:34 | Gemb/walmart, Po Box 981400, El Paso, TX |

| District/off: 113E-8 | User: howellgn | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 21, 2021 | Form ID: pdf411 | Total Noticed: 85 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 79998-1400 |
| 10348496 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2021 20:05:01 | Gembppbycr, Po Box 981064, El Paso, TX 79998-1064 |
| 10490865 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 21 2021 20:07:00 | ARROW FINANCIAL SERVICES, LLC, c/o Jefferson Capital Systems LLC, PO BOX 7999, SAINT CLOUD MN 56302-9617 |
| 12391120 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 21 2021 20:07:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD MN 56302 |
| 10348472 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 22 2021 03:05:24 | Chase, 800 Brooksedge Blvd, Westerville, OH 43081 |
| 10348491 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 21 2021 20:21:29 | Fst Usa Bk B, Po Box 8650, Wilmington, DE 19899 |
| 10348522 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 22 2021 13:05:17 | Wash Mutual/providian, Po Box 9180, Pleasanton, CA 94566 |
| 10348506 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 21 2021 20:06:00 | Kohls/chase, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 10348509 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 21 2021 20:07:00 | NCO Financial System Inc, PO Box 15081, Wilmington, DE 19850-5081 |
| 10348512 | + | Email/Text: newbk@Regions.com | Jul 21 2021 20:07:00 | Region/amsou, P.o. Box 216, Birmingham, AL 35201-0216 |
| 10348513 | | Email/Text: bkrpt@retrievalmasters.com | Jul 21 2021 20:07:00 | Retrival Masters CR Bureau, PO Box 1234, Elmsford, NY 10523-0934 |
| 10553468 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 21 2021 20:05:38 | Roundup Funding, LLC, MS 550, PO Box 91121, Seattle, WA 98111-9221 |
| 10348515 | + | Email/PDF: pa_dc_claims@navient.com | Jul 21 2021 20:05:36 | Sallie Mae Servicing, 1002 Arthur Dr, Lynn Haven, FL 32444-1683 |
| 10348516 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2021 20:21:31 | Sears/cbsd, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 10348521 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2021 20:05:34 | Wal-mart, Po Box 981400, El Paso, TX 79998-1400 |
| 10630046 | + | Email/Text: bnc@bass-associates.com | Jul 21 2021 20:06:00 | eCAST Settlement Corp, Assignee of HSBC Bank Nevada, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite 200, Tucson, AZ 85712-1083 |

TOTAL: 33

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 10348499 | | Homeside Properties-HOA |
| cr | *+ | East Bay Funding, c/o Resurgent Capital Services, PO Box 288, GREENVILLE, SC 29602-0288 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO BOX 7999, ST CLOUD, MN 56302-9617 |
| 10490866 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, ARROW FINANCIAL SERVICES, LLC, c/o Jefferson Capital Systems LLC, PO BOX 7999, SAINT CLOUD MN 56302-9617 |
| 10348476 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase*, 201 N. Central Ave Floor 11, Phoenix, AZ, 85004 |
| 10432637 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMORGAN CHASE NA/BANK ONE, CHASE AUTO FINANCE, 201 N CENTRAL AVE AZ1-1191, PHOENIX AZ 85004 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

District/off: 113E-8      User: howellgn      Page 4 of 4
Date Rcvd: Jul 21, 2021      Form ID: pdf411      Total Noticed: 85

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Houston McCullen | on behalf of Creditor Wells Fargo Bank  N.A. ecfganb@aldridgepite.com, amccullen@ecf.inforuptcy.com |
| Carrie L Oxendine | on behalf of Joint Debtor Patricia A. Ezell E-Notice@mattberry.com;berry.associates.carrie@gmail.com |
| Carrie L Oxendine | on behalf of Debtor Michael L Ezell E-Notice@mattberry.com;berry.associates.carrie@gmail.com |
| Howard P. Slomka | on behalf of Joint Debtor Patricia A. Ezell HS@ATL.law myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74878@notify.bestcase.com;eisenlawfirm@gmail.com |
| Howard P. Slomka | on behalf of Debtor Michael L Ezell HS@ATL.law myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74878@notify.bestcase.com;eisenlawfirm@gmail.com |
| Michael J. McCormick | on behalf of Creditor Wells Fargo Bank  N.A. BankruptcyECFMail@mccallaraymer.com, Michael.McCormick@mccalla.com;mccallaecf@ecf.courtdrive.com |
| Nancy J. Whaley | ecf@njwtrustee.com |
| Patti H. Bass | on behalf of Creditor HSBC Bank Nevada  N.A. ecf@bass-associates.com |
| Susan H. Senay | on behalf of Joint Debtor Patricia A. Ezell E-Notice@mattberry.com;berry.associates.susan@gmail.com |
| Susan H. Senay | on behalf of Debtor Michael L Ezell E-Notice@mattberry.com;berry.associates.susan@gmail.com |
| Teresa R. Stephens | on behalf of Joint Debtor Patricia A. Ezell E-Notice@mattberry.com |
| Teresa R. Stephens | on behalf of Debtor Michael L Ezell E-Notice@mattberry.com |

TOTAL: 12