**IT IS ORDERED as set forth below:**



**Date: September 24, 2021**

```
_____
          James R. Sacca
     U.S. Bankruptcy Court Judge
```
_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MICHAEL L. EZELL | : | CHAPTER 13 |
| PATRICIA A. EZELL | : | |
| | : | |
| Debtors. | : | CASE NO.: 08-21056-JRS |
| | : | |

================================================================

## ORDER GRANTING MOTION TO REOPEN CLOSED BANKRUPTCY CASE
## TO FILE ADVERSARY CASE

On August 13, 2021, Debtors, by the undersigned Attorney at Law, Howard P. Slomka, filed their Motion to Reopen Closed Bankruptcy Case (Doc. No. 79) (the "Motion") and requested that the Court reopen this Chapter 13 bankruptcy case following

the clerk's closing the case on August 5, 2021, in order to allow the filing of an adversary proceeding. All parties in interest have been served and none filed a response in opposition. A hearing was held on the Motion on September 23 2021. At the hearing, the Debtors were represented by Howard P. Slomka, Esq., and no party appeared in opposition. Accordingly, for good cause shown, it is hereby

**ORDERED** that the instant case is reopened for the sole purpose of allowing Debtors to file a related adversary proceeding. In the event that Debtors have not filed any further pleadings in this case or initiated an adversary proceeding within one hundred and twenty (120) days of the entry of this Order, the clerk may close the case. Otherwise, this case may be closed upon resolution of the anticipated adversary proceeding or upon further order of the Court. It is further

**ORDERED** that the Nancy J. Whaley shall remain discharged as Chapter 13 Trustee unless further order of this Court provides otherwise.

**ORDERED** that the Order granting the approval of Pro Hac Vice counsel (Doc. No. 75, entered July 21 2021) is expressly ratified and applicable to this case and to the related adversary to be filed.

[End of Order]

Prepared and submitted by:

/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC

                                                                         6400 Powers Ferry Road NW
                                                                         Suite 391
                                                                         Atlanta, GA 30339

Distribution List:

Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

Michael Ezell
c/o Howard P. Slomka
6400 Powers Ferry Road, NW
Suite 391
Atlanta, GA 30339